IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROBERT LEE SEALS, III, | ) |
| Petitioner, | ) |
| v. | ) CV 312-095 |
| Warden ANTHONY WASHINGTON, | ) |
| Respondent. | ) |

## ORDER

The above-captioned petition for a writ of habeas corpus was filed in the Dublin Division of the United States District Court for the Southern District of Georgia. However, the petition, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction that was entered in the Fulton County Superior Court, which is located in the Northern District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the district in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d); see also Bell v. Watkins, 692 F.2d 999, 1013 (5th Cir. 1982) (approving transfer of § 2254 petition from district of incarceration to district where petitioner was convicted). Therefore, it is **ORDERED** that the captioned action is **TRANSFERRED** to the United States District Court for the Northern District of Georgia for further consideration. The Clerk of Court is **DIRECTED** to immediately forward the file to that District.

SO ORDERED this ___ day of October, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE